No. 67683.—George H. Maus, Inc., and F. Murray Hill Co., Inc. v. United States, protest 58/1009 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiffs was sustained.

No. 67684.—D. C. Andrews & Company, Inc. v. United States, protest 61/12056–12284 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of flashbulbs the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.

No. 67685.—International Selling Corp. and W. J. Byrnes Co. of N.Y., Inc. v. United States, protest 59/1817 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65138 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.